IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN STEVENS,

    Plaintiff,

v.

NICK BAKER, et al.,

    Defendants.

No. C 13-03302 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff filed the present pro se prisoner complaint under 42 U.S.C. § 1983. Thereafter, he filed an amended complaint.

    On March 18, 2014, the Court received a letter from Plaintiff in which he stated that he no longer was incarcerated. He provided the Court with his new address: 139 Ford Street, Ukiah, California 95482.

    On May 1, 2014, the Clerk of the Court sent to Plaintiff's new address copies of his amended complaint and the docket sheet along with a status letter.

    On May 7, 2014, the Court directed Plaintiff to complete a non-prisoner *in forma pauperis* ("IFP") application form. Dkt. 33 at 2. The Clerk mailed the Court's May 7, 2014 Order to Plaintiff at his new address.

    On May 8, 2014, the Clerk also mailed to Plaintiff's new address a blank non-prisoner IFP application form.

    On May 19, 2014, the Court's May 7, 2014 Order was returned to the Clerk with a notation that it was undeliverable because "ADDRESSEE [WAS] UNKNOWN." Dkt. 35.

    On May 20, 2014, the blank non-prisoner IFP application form was returned as undeliverable to the Clerk with the following notation: "ATTEMPTED - NOT KNOWN. UNABLE TO FORWARD." Dkt. 36.

    On May 22, 2014, the status letter and copies of his amended complaint and the docket sheet were returned as undeliverable to the Clerk with a similar notation: "ATTEMPTED - NOT KNOWN. UNABLE TO FORWARD." Dkt. 37.

1     To date, Plaintiff has not updated his address with the Court or submitted any further
2 pleadings in this case.

3     Pursuant to Northern District Local Rule 3-11 a party proceeding pro se whose
4 address changes while an action is pending must promptly file a notice of change of address
5 specifying the new address. See L.R. 3-11(a). The court may, without prejudice, dismiss a
6 complaint when: (1) mail directed to the pro se party by the court has been returned to the
7 court as not deliverable, and (2) the court fails to receive within sixty days of this return a
8 written communication from the pro se party indicating a current address. See L.R. 3-11(b).

9     More than sixty days have passed since the three pieces of mail directed to Plaintiff
10 were returned as undeliverable. The Court has not received a notice from Plaintiff of a new
11 address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11
12 Northern District Local Rules.

13     The Clerk shall enter judgment, terminate all pending motions as moot (Dkts. 12, 21,
14 23), and close the file.

15     This Order terminates Docket Nos. 12, 21 and 23.

16     IT IS SO ORDERED.

17
18 DATED: 7/31/2014
                               SAUNDRA BROWN ARMSTRONG
                               United States District Judge