**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEAN STEVENS,

        Plaintiff,

  v.

NICK BAKER, et al.,

        Defendants.

                                 /

No. C 13-03302 SBA (PR)

**<u>JUDGMENT</u>**

     The Court has dismissed the present civil rights complaint without prejudice for Plaintiff's failure to provide the Court with his current address pursuant to Rule 3-11 of the Northern District Local Rules.  A judgment of dismissal without prejudice is hereby entered. The Clerk of the Court shall terminate all pending motions and close the file.

     IT IS SO ORDERED.

DATED:       7/31/2014

                                  SAUNDRA BROWN ARMSTRONG
                                  United States District Judge

P:\PRO-SE\SBA\CR.13\Stevens3302.DISM.311.jdt.wpd